```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

        - v -                    :        NOTICE OF INTENT TO
                                          FILE AN INFORMATION
WILLIAM BROWN,                   :
                                          08 CRIM 774
            Defendant.           :

- - - - - - - - - - - - - - - - x
```

*JUDGE SCHEINDLIN*

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         August 11, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

                        By:   _____
                              Jessica A. Masella
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                        By:   _____
                              Daniel L. Meyers, Esq.
                              Attorney for William Brown

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08