JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

    - v. -                            :    INFORMATION

WILLIAM BROWN,                        :    08 Cr.

        Defendant.                :

- - - - - - - - - - - - - - - - x

**08CRIM 774**

### COUNT ONE

The United States Attorney charges:

On or about June 26, 2007, in the Southern District of New York, WILLIAM BROWN, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction, on or about March 20, 2001, for robbery in the first degree, a Class B felony, in Queens County Supreme Court, unlawfully, wilfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a .22 caliber RG Industries revolver, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 8 2008
```

                                              *Michael J. Garcia*
                                       MICHAEL J. GARCIA
                                       United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

UNITED STATES OF AMERICA

- v. -

WILLIAM BROWN,

Defendant.

===

### INFORMATION

08 Cr. \_\_\_

(18 U.S.C. §§ 922(g)(1).)

---

MICHAEL J. GARCIA
United States Attorney.

---

*8/18/08 Fld Inf & Waiver of Ind. AUSA Masella pres. Deft William Brown pres w/atty Daniel Meyer. Deft pleads N/G to Inf, time excluded until 9/11, Deft cont detained. Mag Judge [illegible]*