UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA           :

     v.                                :

WILLIAM BROWN,                     :       08 Cr.  **08CRIM 774**

     Defendant.                    :

------------------------------X

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 922(g)(1), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                *William Brown*
                                                Defendant

                                                Witness

                                                Counsel for Defendant

Date:  New York, New York
       August 18, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG _ _ 2008

0202